# OSBORN LAW P.C.

Daniel A. Osborn, Esq.              dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.              ltrust@osbornlawpc.com

**MEMORANDUM ENDORSED**

April 23, 2025

<u>**VIA ECF**</u>

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

         Re:    *Johnson v. Commissioner of Social Security*
                   <u>Civil Action No. 1:25-cv-00878-GWG</u>

Dear Judge Gorenstein,

     We write on behalf of our client, Beatriz Delvalle Johnson, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on May 2, 2025, per the Court's April 3, 2025 Scheduling Order. This is the parties' first request for an extension. Plaintiff's counsel needs additional time due to a heavy caseload in the next several weeks, an upcoming trial, and an upcoming Demurrer hearing.

     After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **July 11, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 19, 2025**; and

- Plaintiff to file her reply, if any, on or before: **October 3, 2025.**

Honorable Gabriel W. Gorenstein
April 23, 2025
Page Two

Thank you for your consideration of this request.

    Respectfully submitted,

    s/Daniel A. Osborn
    Daniel A. Osborn
    OSBORN LAW, P.C.
    43 West 43rd Street, Suite 131
    New York, New York 10036
    Telephone:   212-725-9800
    Facsimile:    212-500-5115
    dosborn@osbornlawpc.com

cc: Karen G. Fiszer, Esq. (by ECF)

The proposed schedule is approved. Given the length of the briefing schedule, the parties should not expect any further extensions.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 24, 2025